UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY PASTREICH, et al.,<br><br>                              Petitioners,<br><br>               -v.-<br><br>SENTRY SECURITY INTERNATIONAL INC.,<br><br>                              Respondent. | 25 Civ. 3233 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On April 17, 2025, Petitioners filed a petition to confirm an arbitration award.

Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials in support of their Petition by **May 1, 2025**. Respondent's opposition, if any, is due on **May 15, 2025**. Petitioners' reply, if any, is due on **May 22, 2025**.

Petitioners shall serve the Petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **May 1, 2025**, and file an affidavit of such service with the Court no later than **May 2, 2025**.

SO ORDERED.

Dated: April 21, 2025
New York, New York

JENNIFER H. REARDEN
United States District Judge